SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
TROUTMAN PEPPER HAMILTON SANDERS LLP
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 832-6017
Fax: (404) 962-6800
sean.kirby@troutman.com
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*
*Attorney for Defendant Carco Group, Inc. d/b/a Driver IQ*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## SOUTHERN DIVISION

| | |
|---|---|
| KEVIN KIM,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CARCO GROUP, INC. d/b/a DRIVER IQ,<br><br>　　　　　Defendant. | Case No.: 2:24-cv-01836-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Carco Group, Inc. d/b/a Driver IQ ("Driver IQ") and Plaintiff Kevin Kim ("Plaintiff") (together, the "Parties"), by and through their respective counsel, hereby agree and stipulate as follows:

1.　　Plaintiff filed the Complaint in the above-captioned matter on October 1, 2024. (Dkt. No. 1.)

2.　　On or about October 10, 2024, Driver IQ was served with the Complaint and Summons. (Dkt. No. 4.)

3.　　Pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(i), Driver IQ's response to the Complaint is currently due on October 31, 2024.

4. The Parties hereby agree, stipulate, and respectfully request that the Court extend the deadline for Driver IQ to file its response to the Complaint for an additional fourteen (14) days, making its deadline to respond November 14, 2024.

5. This extension is necessary to provide Driver IQ and its counsel sufficient time to investigate the allegations in the Complaint and provide a meaningful response to same.

6. The requested extension of time shall not prejudice Plaintiff and will not unduly delay this litigation.

7. This is Driver IQ's first request to extend its deadline to respond to the Complaint.

IT IS SO STIPULATED

**TROUTMAN PEPPER HAMILTON SANDERS, LLP**

By: */s/ Sean B. Kirby*
SEAN B. KIRBY, ESQ.
Nevada Bar No. 14224
8985 S. Eastern Ave., Ste. 200
Las Vegas, NV 89123 *(Nevada Office)*
Tele: (470) 832-6017
Fax: (404) 962-6800
sean.kirby@troutman.com
600 Peachtree St. NE #3000
Atlanta, GA 30308 *(Corporate Office)*

*Attorney for Defendant Carco Group, Inc. d/b/a Driver IQ*

**CONSUMER ASSOCIATES, PLC**

By: */s/ Michael Yancey III*
Michael Yancey III, NV Bar No. 16158
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (718) 715-1750
Email: Myancey@consumerattorneys.com

McKenzie R. Czabaj (*pro hac vice*)
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Email: Mczabaj@consumerattorneys.com

*Attorneys for Plaintiff Kevin Kim*

IT IS SO ~~ORDERED~~:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: __10/28/2024_____