McKenzie Czabaj, AZ Bar No. 036711
appearance *pro hac vice*
**CONSUMER JUSTICE LAW FIRM**
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Email: mczabaj@consumerjustice.com

Michael Yancey III, NV Bar No. 16158
**CONSUMER JUSTICE LAW FIRM**
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Email: myancey@consumerjustice.com

*Attorneys for Plaintiff Kevin Kim*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| KEVIN KIM,<br><br>Plaintiff,<br><br>v.<br><br>CARCO GROUP, INC. d/b/a DRIVER IQ,<br><br>Defendant. | **Case No.:** 2:24-cv-01836-JCM-DJA<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND ALL REMAINING DEADLINES** |

Before the Court is the Parties' Joint Motion to Extend All Remaining Deadlines by sixty (60) days. After careful review, and good cause appearing.

**IT IS ORDERED** that the Motion (ECF No. 22) is **GRANTED**.

**IT IS FURTHER ORDERED** that the deadlines are extended as follows:

Expert Disclosures: **August 11, 2025**

Expert Rebuttals: **September 9, 2025**

Discovery Cutoff: **October 10, 2025**

1

Dispositive Motions: **November 10, 2025**

Joint Pretrial Order: **December 9, 2025**

**IT IS SO ORDERED.**

Dated: 4/17/2025

THE HONORABLE DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2