McKenzie Czabaj, AZ Bar No. 036711
appearance *pro hac vice*
**CONSUMER JUSTICE LAW FIRM**
8095 North 85th Way
Scottsdale, Arizona 85258
Phone: (480) 626-2376
Fax: (480) 613-7733
Email: mczabaj@consumerjustice.com

Michael Yancey III, NV Bar No. 16158
**CONSUMER JUSTICE LAW FIRM**
2300 West Sahara Avenue, Suite 800
Las Vegas, Nevada 89102
Phone: (480) 573-9272
Fax: (480) 613-7733
Email: myancey@consumerjustice.com

*Attorneys for Plaintiff Kevin Kim*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KEVIN KIM, <br><br> Plaintiff, <br><br> v. <br><br> CARCO GROUP, INC. d/b/a DRIVER IQ, <br><br> Defendant. | **Case No.:** 2:24-cv-01836-JCM-DJA <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT CARCO GROUP, INC. D/B/A DRIVER IQ** |

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kevin Kim ("Plaintiff") and Defendant Carco Group, Inc. d/b/a Driver iQ ("Defendant"), collectively referred to as "the Parties," by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as there are no remaining Defendants in this matter.

1

IT IS ORDERED that the Stipulation is GRANTED.

The above-entitled matter is hereby dismissed with prejudice as there are no remaining Defendants.

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: June 24, 2025

RESPECTFULLY SUBMITTED this 20th day of June 2025.

| **CONSUMER JUSTICE LAW FIRM** | **TROUTMAN PEPPER LOCKE LLP** |
|---|---|
| By: */s/ McKenzie Czabaj*<br>McKenzie Czabaj, AZ Bar No. 036711<br>appearance *pro hac vice*<br>8095 North 85th Way<br>Scottsdale, Arizona 85258<br>Phone: (480) 626-2376<br>Fax: (480) 613-7733<br>Email: mczabaj@consumerjustice.com<br><br>Michael Yancey III, NV Bar No. 16158<br>2300 West Sahara Avenue, Suite 800<br>Las Vegas, Nevada 89102<br>Phone: (480) 573-9272<br>Email: myancey@consumerjustice.com<br><br>*Attorneys for Plaintiff Kevin Kim* | By: */s/ Joshua Daniel Howell*<br>Joshua Daniel Howell, VA Bar No. 83993<br>appearance *pro hac vice*<br>1001 Haxall Point, Suite 1500<br>Richmond, Virginia 23219<br>Phone: (804) 697-1276<br>Email: joshua.howell@troutman.com<br><br>Sean Bair Kirby, NV Bar No. 14224<br>8985 S. Eastern Avenue, Suite 200<br>Las Vegas, Nevada 89123<br>Phone: (470) 832-6017<br>Email: sean.kirby@troutman.com<br><br>*Attorneys for Defendant<br>Carco Group, Inc. d/b/a Driver iQ* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 20, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

      **CONSUMER JUSTICE LAW FIRM**

      By: */s/ Gracelyn Stewart*
      Gracelyn Stewart

3